UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS FLORER, | Case No. C11-1271-RAJ |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WILL MILLER, et al., | |
| Defendants. | |

The court has reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record. No one objected to the Report and Recommendation. The court orders as follows:

(1) The court adopts the Report and Recommendation. Dkt. # 49.

(2) The court GRANTS Defendant's motion for summary judgment (Dkt. # 43) and directs the clerk to DISMISS this action with prejudice and enter judgment for Defendants.

(3) The court directs the Clerk to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 28th day of November, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE - 1